UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Wyatt Collius**  Docket No. 5:19-CR-232-1BO

**Petition for Action on Supervised Release**

COMES NOW Marisa D. Watson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Wyatt Collius, who, upon an earlier plea of guilty to Receipt of Child Pornography, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on March 2, 2020, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Michael Wyatt Collius was released from custody on December 19, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At the defendant's first appointment with the probation office, he expressed a need for substance abuse treatment as well as mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision that he and the probation officer both believe will help him continue to be successful while completing his term of supervised release.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Marisa D. Watson
Marisa D. Watson
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8690
Executed On: January 5, 2024

Michael Wyatt Collius
Docket No. 5:19-CR-232-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___7___ day of ___Jan.___, 2024, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge