UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Wyatt Collius**　　　　　　　　　　　　　　　　　Docket No. 5:19-CR-232-1BO

### Petition for Action on Supervised Release

COMES NOW Marisa D. Watson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Wyatt Collius, who, upon an earlier plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2) and 18 U.S.C. § 2252(b)(1), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on March 2, 2020, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Michael Wyatt Collius was released from custody on December 19, 2023, at which time the term of supervised release commenced.

On January 5, 2024, A Petition For Action was submitted to the court recommending the defendant participate in substance abuse and mental health treatment after the defendant expressed a need for both. The court concurred and ordered these conditions.

On January 17, 2024, A Violation Report was submitted to the court due to the defendant admitting to the use of oxycodone and marijuana. It was recommended the defendant be allowed to participate in treatment. The court concurred.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 22, 2024, the defendant submitted to a psycho-sexual evaluation with Integrated Behavioral Healthcare Services in Raleigh, North Carolina. As a result of the evaluation, it was recommended that the following special condition be added. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision that he and the probation officer both believe will help him continue to be successful while completing his term of supervised release.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall not loiter within 1,000 feet of any area where minors frequently congregate (e.g., parks, school property, playgrounds, arcades, amusement parks, day-care centers, swimming pools, community recreation fields, zoos, youth centers, video arcades, carnivals, and circuses) without prior written permission from the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Michael Wyatt Collius
Docket No. 5:19-CR-232-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Marisa D. Watson
Marisa D. Watson
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8690
Executed On: March 1, 2024

## ORDER OF THE COURT

Considered and ordered this _1_ day of _March_, 2024, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge