UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Docket No. 5:19-CR-232-1D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL WYATT COLLIUS )<br>) | AGREEMENT<br>TO REVOKE SUPERVISED RELEASE<br>WITHOUT A HEARING<br>AND<br>REVOCATION JUDGEMENT |

Upon petition of the U.S. Probation Office, joined herein by the United States and the defendant, to revoke the supervised release of defendant, Michael Wyatt Collius, for good cause shown and based on agreement of the parties as set forth herein:

Rule 32.1 of the Federal Rules of Criminal Procedure permits a defendant to waive the right to a revocation hearing by knowingly and voluntarily admitting the violations outlined in a motion for revocation. See Fed. R. Crim. P. 32.1(b)(2), (c)(2); United States v. Farrell, 393 F.3d 498, 500 (4th Cir. 2005). A court can infer a knowing and voluntary waiver of the right to a full revocation hearing from the totality of the circumstances and without a formal colloquy with the defendant. See Farrell, 393 F.3d at 500; United States v. Stehl, 665 F.2d 58, 58-60 (4th Cir. 1981); see also Fed. R Crim. P. 32.1(c)(1)-(2).

## ADMISSION OF VIOLATIONS

The defendant knowingly and voluntarily admits to the violations in the Motion for Revocation filed September 29, 2025. The Government can prove by a preponderance of the evidence violations have occurred. The defendant further stipulates the evidence in this matter is both sufficient and likely to result in a finding that the conditions of supervised release have been violated. Specifically, the defendant has committed the following violations of supervised release:

1. Failure to participate as directed by the probation officer in a mental health program.        Grade C Violation
2. Failure to participate as directed by the probation officer in a mental health program. (Sex-offender Specific treatment)        Grade C Violation
3. The offender has absconded from supervision.        Grade C Violation

## DEFENDANT'S ACKNOWLEDGMENT AND WAIVER

The defendant acknowledges reviewing with counsel 1) the notice of the alleged violations of supervised release and 2) the evidence related to each.

The defendant further acknowledges being aware of the following rights and is knowingly waiving them:

1. The opportunity to appear personally, present evidence, and question adverse witnesses at a revocation hearing; and

2. The opportunity to make a statement personally to the Court in mitigation of sentence and to present mitigating evidence to the Court.

The defendant acknowledges the Court may revoke, modify, or impose additional conditions of supervised release in addition to those which were imposed in the original sentencing order.

## STIPULATIONS AND RECOMMENDATIONS

Pursuant to U.S.S.G. Chapter 7 Policy Statements, the parties stipulate the defendant's violations are a maximum Grade C with a criminal history category I. According to U.S.S.G. § 7B1.4, a Grade C violation and a criminal history category I produces an imprisonment range of 3 to 9 months. The court has the statutory authority to impose an active sentence of up to 24 months, if deemed appropriate.

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the parties agree and recommend that the defendant **be revoked and imprisoned for a term of 9 months,** with no supervision to follow. If the Court rejects this sentence, each party has the right to withdraw from this Agreement and have an evidentiary hearing on the revocation of supervised release.

| | |
|---|---|
| *Michael Wyatt Collins* | 10-16-25 |
| Michael Wyatt Collins, Defendant | Date |
| *Susanna Henry* | 10/16/25 |
| Susanna Henry, Attorney for Defendant | Date |
| *Jennifer P. May-Parker* | 10/20/25 |
| Jennifer May-Parker, Assistant U.S. Attorney | Date |

RECOMMENDED BY U.S. PROBATION:

| | |
|---|---|
| *Arthur B. Campbell* | 10/21/2025 |
| Arthur B. Campbell, U.S. Probation Officer | Date |
| *Maurice J. Foy* | 10/21/2025 |
| Maurice J. Foy, Supervising U.S. Probation Officer | Date |

**IT IS, THEREFORE, ORDERED AND ADJUDGED** the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a term of 9 months, with no supervision to follow.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

SO ORDERED. This 21 day of October 2025.

*James C. Dever III*
James C. Dever III
United States District Judge